## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MARK GRAHAM, as Guardian of )
JOHNATHAN HOLT, an individual. )
  )
     Plaintiffs, )
  )
v. )    Case No. CIV-22-630-SLP
  )
NATIONAL UNION FIRE INSURANCE )
COMPANY, a foreign for-profit company, )
  )
     Defendant, )
  )
COMPSOURCE MUTUAL INS. CO., )
  )
     Intervenor. )

## O R D E R

Before the Court is the Unopposed Application to Enlarge All Remaining Deadlines by One Hundred Twenty (120) Days [Doc. No. 50].  Given the pendency of the Motions to Compel, the Court finds good cause to GRANT the Application.  The Clerk of Court is directed to enter a fifth amended scheduling order, extending all remaining deadlines by 120 days.

IT IS SO ORDERED this 1st day of February, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE